UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALFONSO LEVERTES JOHNSON,

        Petitioner,

v.                                                             Case No. 3:17-cv-878-J-34MCR

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

        Respondents.
_____

## **ORDER OF DISMISSAL WITHOUT PREJUDICE**

Petitioner Alfonso Johnson, an inmate of the Florida penal system, initiated this case by filing a pro se Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 (Petition; Doc 1) on July 26, 2017.[1] Respondents filed an answer to the Petition. (Response; Doc. 6). On September 21, 2019, Johnson filed a Notice of Voluntary Dismissal of his Petition (Notice; Doc. 13), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Under Rule 41(a)(1)(A)(i), a plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing part serves either an answer or a motion for summary judgment." Here, Respondents have answered Johnson's Petition; therefore, Rule 41(a)(1)(A)(i) is inapplicable. Additionally, Johnson's Notice is not signed by the opposing parties and, therefore, cannot satisfy the requirements of Rule 41(a)(1)(A)(ii) either. However, Rule 41(a)(2) permits a court to dismiss an action at a plaintiff's request on terms that the court considers proper, provided

---

[1] See Houston v. Lack, 487 U.S. 266, 276 (1988) (mailbox rule).

no counterclaims have been raised. As such, the Court construes the Notice to be a motion pursuant to Rule 41(a)(2). Here, Respondents did not raise a counterclaim in their Response and the Court finds Respondents would not lose any substantial right by dismissal of this action. See Pontenberg v. Boston Scientific. Corp., 252 F.3d 1253, 1256-57 (11th Cir. 2001) (noting courts have broad discretion to determine whether to allow a voluntary dismissal under Rule 41(a)(2) and courts are tasked with determining whether a defendant would be prejudiced by the dismissal). Therefore, upon review of the Notice construed as a motion, Petition, and Response, the Court, pursuant to Rule 41(a)(2), finds dismissal is proper. As such, the motion will be granted and the action dismissed without prejudice

Accordingly, it is

**ORDERED:**

1. Johnson's motion for voluntary dismissal (Doc. 13) is **GRANTED**.

2. This case is **DISMISSED without prejudice.**

3. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the case.

**DONE AND ORDERED** at Jacksonville, Florida, this 16th day of October, 2019.

MARCIA MORALES HOWARD
United States District Judge

Jax-8
c:
Alfonso Levertes Johnson, #895885
Counsel of Record